421 A.2d 212

**In re Suzanne BUZZATTO, a minor, and Jason Scott Buzzatto, a minor.**

**Appeal of Georgeanne BUZZATTO.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1980.

Decided Nov. 3, 1980.

Lorraine D. Taylor, Neighborhood Legal Services Ass'n, McKeesport, for appellant.

David Max Baer, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Decree of the Court of Common Pleas of Allegheny County is affirmed.  Each party is to pay own costs.